## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ADAM KORPUSIK<br>4 Hanley Parke<br>Medford, NJ 08055 | : | Civil Action No. 2:21-cv-16243 |
|  | : |  |
| Plaintiff, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE AND NO AWARD OF COSTS OR FEES** |
|  | : |  |
| v. | : |  |
|  | : |  |
| SCHINDLER ELEVATOR<br>CORPORATION<br>20 Whippany Road<br>Morristown, NJ 07960 | : |  |
|  | : |  |
| Defendant. | : |  |

It is hereby stipulated and agreed by and between Plaintiff, Adam Korpusik ("Plaintiff"), and Defendant, Schindler Elevator Corporation ("Defendant"), by and through their undersigned counsel who are authorized to enter this stipulation, that Plaintiff's action against Defendant is dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

KARPF, KARPF, & CERUTTI, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020

JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922

/s/ Andrew R. Olcese
Andrew R. Olcese, Esq.
ATTORNEYS FOR PLAINTIFF

/s/ Robert J. Cino
Robert J. Cino, Esq.
ATTORNEYS FOR DEFENDANT

Dated: March 22, 2023

Dated: 3/22/2023

4891-3399-1248, v. 1

**So ORDERED on 3/23/2023:**

HONORABLE JULIEN XAVIER NEALS
United States District Judge